UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HELMUT OVIEDO HERNANDEZ MARTINEZ, ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> SAMUEL OLSON, *et al*., ) </br> ) </br> Respondents. ) | Case No. 1:25-CV-00197-CMS |

# **ORDER**

Petitioner Helmut Oviedo Hernandez Martinez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither filed a motion for leave to proceed *in forma pauperis* nor paid the $5.00 filing fee. Local Rule 2.01(B)(1) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." As such, the Court will allow Petitioner thirty (30) days to either pay the full filing fee or file a motion to proceed *in forma pauperis*. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's 'Motion to Proceed *in forma pauperis* and Affidavit in Support – Habeas Cases' form.

**IT IS FURTHER ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis*, within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 24th day of November, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE