**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| HELMUT OVIEDO HERNANDEZ MARTINEZ, | ) ) ) | |
| Petitioner, | ) ) ) | Case No. 1:25-cv-00197-CMS |
| v. | ) ) | |
| SAMUEL OLSON, et al., | ) ) | |
| Respondents. | | |

**CASE MANAGEMENT ORDER – TRACK 4: § 2241 HABEAS CORPUS PETITION**

Petitioner Helmut Oviedo Hernandez Martinez, a federal immigration detainee, challenges the legality of his detention at the Ste. Genevieve County Detention Center.  ECF No. 1.  Petitioner has now paid the full filing fee for this matter and the Court finds that summary dismissal is not warranted, after a review of the Petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1]  Therefore, pursuant to Local Rules 5.01 and 5.04, the Court orders that the following provisions apply in this case and will be modified only upon a showing of good cause:

1.      This case has been assigned to Track 4 (Administrative).

2.      No later than **December 22, 2025**, Petitioner must serve a copy of the Petition and this Order upon Respondents.  Petitioner must adhere to Federal Rule of Civil Procedure 4(i) and, at a minimum, serve the United States Attorney for the Eastern District of Missouri, Civil Division, and the Attorney General of the United States, U.S. Department of Justice.

---

[1] Pursuant to Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts, the Rules apply to § 2241 petitions.

3.      Respondents must show cause, in writing and within **ten (10) days** of completion of all required service, why the relief requested in the instant Petition should not be granted.  Respondents' answer must contain all that is required by Rule 5(b) of the Rules Governing Section 2254 Cases in the United States District Courts.[2]

4.      Petitioner may file a reply or may waive the right to file such a reply.  *See* Rule 5(e) of the Rules Governing Section 2254 Cases in the United States District Courts. Within **three (3) days** of Respondents filing a response, Petitioner must file a notice that indicates: (1) whether Petitioner will file a reply and, if so, how much time is needed to do so; and (2) Petitioner's position on the need for a hearing.  *See* 28 U.S.C. § 2243, ¶ 4.

5.      The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

So ordered this 1st day of December, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to statute, a show-cause order to a petition for a writ of habeas corpus must be responded to "within three days unless for good cause additional time, not exceeding twenty days, is allowed."  28 U.S.C. § 2243, ¶ 2.  The Court finds that good cause warrants an additional seven (7) days to respond, so that Respondents may provide a thorough response to the potentially complex issues in this case and for relevant equitable considerations.