IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HELMUNT OVIEDO HERNANDEZ MARTINEZ, </br></br>    Plaintiff, </br></br> v. </br></br> SAMUEL OLSON, </br> et al. </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:25-cv-00197-CMS </br> ) </br> ) </br> ) </br> ) </br> ) |

## **ORDER OF DISMISSAL**

In accordance with the FIRST MOTION TO WITHDRAW PETITION AND DISMISS CASE filed December 8, 2025 (Doc. 7), it is hereby ORDERED that this this entire action be dismissed without prejudice.

It is so ORDERED on December 11th, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE